Mail body: Paper

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Rachel Edrei Ohana
Plaintiff,

v.

Mars Petcare US Inc. et al.
Defendants.

C.A. No. 24-822 (JLH)



## SECOND AMENDED COMPLAINT

Pro Se Plaintiff Rachel Edrei Ohana respectfully submits this Second Amended Complaint against Mars Petcare US Inc. and states the following:

### I. PARTIES

1. Plaintiff Rachel Edrei Ohana is a U.S. citizen residing at 1744 East 5th Street, Brooklyn, NY 11223.

2. Defendant Mars Petcare US Inc. is a multinational corporation engaged in the manufacture and sale of pet food and products, with its principal offices in the United States and abroad.

### II. JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a), as this case arises under the laws of the United States concerning design patent rights.

4. Venue is proper in this Court under 28 U.S.C. § 1391(b) because the defendants conduct business nationwide, including through online sales within this District.

### III. FACTUAL BACKGROUND

5. On December 2, 2015, Plaintiff filed a design patent application with the United States Patent and Trademark Office (USPTO) for a unique cat-head-shaped container.

6. The design patent was issued on June 13, 2017, under patent number US D789,211 S.

7. On February 4, 2019, Plaintiff contacted Mars Petcare via email, offering a business partnership based on her patented design.

8. Mars Petcare responded through Consumer Relations (Anna), stating that they do not accept inventions from consumers, but failed to disclose any existing patent or product similar to Plaintiff's design.

9. In December 2019, after seeing what appeared to be a strikingly similar product marketed under the 'Whiskas Temptations' line, Plaintiff followed up with the company.

10. Mars Petcare (Sheri, Consumer Relations) replied on December 10, 2019, requesting a product image, acknowledging Plaintiff's concern.

11. Plaintiff discovered that Mars Petcare was actively selling a nearly identical product through Amazon, eBay, and other online marketplaces in the U.S., including under the 'Temptations' brand.

12. On December 11, 2022, Plaintiff purchased a pack of the product, and has photos showing the container matches the design in her 2017 patent.

13. Mars Petcare and its representatives never provided proof of a prior patent or design. Instead, they now assert they had a similar product from 2015, which is inconsistent with Plaintiff's approved patent and the USPTO prior art search process.

## IV. LEGAL CLAIMS

- Claim 1 – Infringement of U.S. Design Patent (35 U.S.C. § 271)

14. Defendants have infringed Plaintiff's design patent by manufacturing, using, selling, and offering for sale a container that is substantially similar in design to U.S. Patent No. D789,211 S.

15. Plaintiff did not license or assign her patent to Mars Petcare or any other entity.

16. The product was introduced only after Plaintiff's contact with Defendants, showing access and opportunity.

- Claim 2 – Unjust Enrichment

17. Mars Petcare knowingly profited from a design developed and owned by Plaintiff without permission or compensation.

18. Defendants gained financial benefit through sales of the copied product, while Plaintiff suffered economic loss, emotional distress, and reputational harm.

## V. DAMAGES

19. Plaintiff seeks damages for:

- Loss of potential business opportunity and licensing value

- Emotional harm due to Defendants' alleged misappropriation

- Legal and filing costs related to protecting her intellectual property

## VI. RELIEF REQUESTED

- a. Declare that Mars Petcare has infringed U.S. Design Patent No. D789,211 S

- b. Order Defendants to cease and desist from manufacturing or selling the infringing product

- c. Award Plaintiff compensatory and punitive damages, including profits from all sales derived from the infringing design within the applicable statutory period under 35 U.S.C. § 289

- d. Grant any other relief the Court deems just and proper

Respectfully submitted,

Rachel Edrei Ohana

1744 E 5th Street, 1F

Brooklyn, NY 11223

ohanarachel53@gmail.com

Date: July 17, 2025