IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL EDREI OHANA,<br><br>Plaintiff,<br><br>v.<br><br>MARS PETCARE USA INC.,<br><br>Defendant. | C.A. No. 24-822-JLH |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME**

Defendant Mars Petcare USA Inc. ("Defendant") respectfully moves the Court to extend the deadline for Defendant to answer, move against, or otherwise respond to the Second Amended Complaint for Patent Infringement (D.I. 19) to and including April 17, 2026. Pursuant to D. Del. LR 7.1.1., counsel certifies that Plaintiff does not oppose this extension.

Dated: March 13, 2026

Morrison & Foerster LLP

*/s/ Bryan Wilson*

Bryan Wilson (CA Bar ID 138842)
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
BWilson@mofo.com

*Counsel for Defendant*

1